DECEMBER 13, 1961

**Reap. Dec. 10127.**—Borneo-Sumatra Trading Company, Inc. *v.* United States, ▬

Motion by plaintiff.